COOLEY LLP
Thomas J. Friel (CA BAR NO. 80065)
tfriel@cooley.com
Erica C. Tierney (CA BAR NO. 253557)
etierney@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

James P. Brogan (CA BAR NO. 155906)
jbrogan@cooley.com
Wayne O. Stacy (CO 32716)
wstacy@cooley.com
Sarah Guske (CA BAR NO. 232467)
sguske@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nazomi Communications, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Nokia Corporation, Nokia Inc., Microsoft Corporation, Amazon.com, Inc., Western Digital Corporation, Western Digital Technologies, Inc., Garmin Ltd., Garmin Corporation, Garmin International, Inc., Garmin USA, Inc., Sling Media, Inc., VIZIO, Inc., Iomega Corporation,<br><br>Defendants. | Civil Action No. 8:10-cv-151-DOC (RNBx)<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Nazomi Communications, Inc. ("Nazomi") has initiated an action for patent infringement, styled Nazomi Communications, Inc. v. Nokia

Corporation, et al, in the District Court for the Central District of California, Case No. 8:10-cv-151-DOC-RNB ("the Action") against, amongst others, Defendant Iomega Corporation ("Iomega").

Nazomi and Iomega have resolved the Action as to Nazomi and Iomega. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Nazomi hereby dismisses the action as to Iomega without prejudice, each party to bear its own costs, expenses and attorney fees.

Dated: August 17, 2010

Thomas J. Friel (CA BAR NO. 80065)
Erica C. Tierney (CA BAR NO. 253557)
COOLEY LLP

By: /s/ *Erica C. Tierney*
Erica C. Tierney

Attorneys for Plaintiff
Nazomi Communications, Inc.

Approved as to form:

Dated: August 17, 2010

Mark P. Wine (CA BAR NO. 189897)
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/Mark P. Wine*
Mark P. Wine

Attorneys for Defendant
Iomega Corporation