COOLEY LLP
Thomas J. Friel (CA BAR NO. 80065)
tfriel@cooley.com
Erica C. Tierney (CA BAR NO. 253557)
etierney@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

James P. Brogan (CA BAR NO. 155906)
jbrogan@cooley.com
Wayne O. Stacy (CO 32716)
wstacy@cooley.com
Sarah J. Guske (CA BAR NO. 232467)
sguske@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone:   (720) 566-4000
Facsimile:   (720) 566-4099

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NAZOMI COMMUNICATIONS, INC. | CASE NUMBER 8:10-cv-151 DOC (RNBX) |
|---|---|
| Plaintiff | |
| v. | |
| NOKIA CORPORATION, ET AL., | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendants. | |

NAZOMI COMMUNICATIONS, INC.   ☒ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

hereby requests the Court approve the substitution of HARRY P. WEITZEL PEPPER HAMILTON
*New Attorney*

as attorney of record in place and stead of  THOMAS J. FRIEL, JR, SARAH J. GUSKE, ERICA C. TIERNEY, JAMES P. BROGAN, AND WAYNE O. STACEY
*Present Attorneys*

Dated  August 26, 2010
*Signature of Party/Authorized Representative of Party*
ERICA C. TIERNEY, ATTORNEY FOR PLAINTIFF,
NAZOMI COMMUNICATIONS, INC.

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.
Dated  August 26, 2010
*Signature of Present Attorney*
ERICA C. TIERNEY

I am duly admitted to practice in this District pursuant to Local Rule 83-2
Dated  August 26, 2010
*Signature of New Attorney*
HARRY P. WEITZEL
149934
*State Bar Number*

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY   American LegalNet, Inc. www.USCourtForms.com